# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 23-30399
                                       Honorable Stephen J. Murphy, III

IVAN BLAS-MARTINEZ,

    Defendant.

_____/

## ORDER DENYING THE MOTION TO RECONSIDER AND RESCIND THE ORDER GRANTING THE STAY OF THE ORDER RELEASING THE DEFENDANT

The Defendant filed an Emergency Motion to Reconsider and Rescind the Order Granting the Stay of the Order Releasing the Defendant (ECF No. 16). The Court has reviewed and considered the motion.

**IT IS SO ORDERED** the Emergency Motion to Reconsider and Rescind the Order Granting the Stay of the Order Releasing the

Defendant (ECF No. 16) is **DENIED**.

    **IT IS SO ORDERED**.

s/Stephen J. Murphy, III<br>
STEPHEN J. MURPHY, III<br>
U.S. DISTRICT JUDGE

Dated: October 3, 2023