UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

v.

Ivan Blas-Martinez,
Martin Blas-Hernandez, and
Erick Carabarin-Gomez,

        Defendants.
_____/

Case: 2:23-cr-20583
Assigned To : Murphy, Stephen J., III
Referral Judge: Patti, Anthony P.
Assign. Date : 10/17/2023
Description: INDI USA V. BLAS-MARTINEZ ET AL (MC)

<u>Violations:</u>
21 U.S.C. § 846
21 U.S.C. § 841

# Indictment

The Grand Jury charges that:

## Count One

## Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
## 21 U.S.C. §§ 846 & 841(a)(1)

D-1 Ivan Blas-Martinez
D-2 Martin Blas-Hernandez
D-3 Erick Carabarin-Gomez

From on or around September 27, 2023, through on or about October 1, 2023, in the Eastern District of Michigan, and elsewhere, the defendants, Ivan Blas-Martinez, Martin Blas-Hernandez, and Erick

1

Carabarin-Gomez, knowingly and intentionally combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, Ivan Blas-Martinez, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five kilograms or more of a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to the defendant, Martin Blas-Hernandez, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United

States Code, Section 841(b)(1)(C).

With respect to the defendant, Erick Carabarin-Gomez, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## Count Two

### Possession of Cocaine with Intent to Distribute
### 21 U.S.C. § 841(a)(1)

D-1 Ivan Blas-Martinez
D-2 Martin Blas-Hernandez
D-3 Erick Carabarin-Gomez

From on or around September 27, 2023, through on or about October 1, 2023, in the Eastern District of Michigan, and elsewhere, the defendants, Ivan Blas-Martinez, Martin Blas-Hernandez, and Erick Carabarin-Gomez, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

It is further alleged, as to defendant Ivan Blas-Martinez, that the controlled substance involved was five kilograms or more of a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

It is further alleged, as to defendant Martin Blas-Hernandez, that the controlled substance involved was a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

It is further alleged, as to defendant Erick Carabarin, Gomez, that the controlled substance involved was a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## **Forfeiture Allegations**

The allegations contained in Counts One and Two of this

Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants, Ivan Blas-Martinez, Martin Blas-Hernandez, and Erick Carabarin-Gomez, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The Government also provides notice of its intent to seek a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                THIS IS A TRUE BILL

                s/Grand Jury Foreperson
                Grand Jury Foreperson
                DATE:

Dawn N. Ison
United States Attorney

s/Benjamin C. Coats
Benjamin C. Coats
Chief, Drug Task Force

s/C. Barrington Wilkins
C. Barrington Wilkins
Assistant U.S. Attorney
211 W. Fort Street, Suite #2001
Detroit, MI 48226
barrington.wilkins@usdoj.gov

DATE: October 17, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 2:23-cr-20583<br>Assigned To : Murphy, Stephen J., III<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 10/17/2023<br>Description: INDI USA V. BLAS-MARTINEZ ET AL (MC) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _BW_ |

**Case Title:** USA v. U.S. v. Ivan Blas-Martinez et. al.,

**County where offense occurred :** Oakland County

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

   ____Indictment/____Information --- **no** prior complaint.
   ✓ Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30399 ]
   ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 17, 2023
    Date

Barrington Wilkins
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9621
Fax:    313-226-3265
E-Mail address: Barrington.Wilkins@usdoj.gov
Attorney Bar #: IL6307357

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.